# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOLORES FAHY, ET AL.,** | Case No. 19-cv-03758-JMY |
| *Plaintiffs* | |
| v. | |
| **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**, | |
| *Defendant* | |

## ORDER

**AND NOW**, this 25th day of November, 2019, upon consideration of Defendant Certain Underwriters at Lloyd's, London's Notice of Removal (ECF No. 1), and all documents filed in support thereof, as well as the Court's October 29, 2019 Order to Show Cause (ECF No. 13), it is **ORDERED** as follows:

1. Defendant's Motion to Transfer Venue (ECF No. 10) is **DISMISSED AS MOOT** because this Court lacks subject matter jurisdiction to adjudicate this action.

2. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County pursuant to 28 U.S.C. § 1447(c).

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Judge John Milton Younge
_____
**Judge John Milton Younge**